MICHELE BEAL BAGNERIS, City Attorney
State Bar No. 115423
mbagneris@cityofpasadena.net
ARNOLD F. LEE Assistant City Attorney
State Bar No. 278610
aflee@cityofpasadena.net
100 N. Garfield Avenue, Suite N210
Pasadena, CA 91101
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Attorneys for Defendants, Pasadena Police Department and Matthew Morgan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNNIE H. HAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN NUTT, an individual: CITY OF PASADENA POLICE DEPARTMENT, a governmental entity: MATTHEW MORGAN, an individual; GILBERT BECERRA, an individual; EAST WEST BANK, a California corporation; and DOE ONE through DOE FIFTY, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-09341<br><br>[State Superior Court Case No. 19STCV31873, Los Angeles Superior Court, Central District]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a) and 1446(a); DECLARATION OF ARNOLD F. LEE; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL**<br><br>**[28 U.S.C. §§ 1446, 1447; Rule 11]** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Pasadena Police Department and Matthew Morgan (hereinafter collectively referred to as “Pasadena Defendants”) hereby remove to this Court the state court action *Sunnie H. Han v. John Nutt, et*

*al*., Los Angeles Superior Court Case Number 19STCV31873, under 28 U.S.C. § § 1441, 1443 and 1446 based on the following:

1. On or about September 6, 2019, this action was filed in Los Angeles Superior Court by Plaintiff Sunnie H. Han ("Plaintiff") against various defendants.

2. On February 8, 2021, Pasadena Defendants were served with the Complaint. On March 10, 2021, Pasadena Defendants removed the action to federal court based on federal question jurisdiction. On March 15, 2021, U.S. District Judge Percy Anderson issued an order remanding the action back to the Los Angeles County Superior Court for lack of subject matter jurisdiction. *See Han v. Nutt*, Case No. 2:21-CV-02158-PA-JEM, Dkt. No. 9.

3. On December 5, 2022, Pasadena Defendants were served with Plaintiff's Fifth Amended Complaint.

4. The Fifth Amended Complaint alleges a federal claim under 42 U.S.C. section 1983 (Fifth Cause of Action). Attached hereto as Exhibit "A" is true and correct copy of the Fifth Amended Complaint. Plaintiff had not alleged a federal question claim in her First Amended Complaint through her Fourth Amended Complaint.

5. This action meets the original jurisdiction requirements of 28 U.S.C. §1441(a) and is removable by Pasadena Defendants under 28 U.S.C. § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 US 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co*., 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C § 1983. *See* 28 U.S.C. §§ 1343(a)(3) and

1443. Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 USC § 1331.

6. The gravamen of this action is the federal civil rights claim set forth in paragraphs 74 through 79 (Claim Five) of Plaintiff's Fifth Amended Complaint. Plaintiff's claim therefore arise under federal law in that they "require[] resolution of a substantial question of federal law in dispute between the parties." *Franchise Tax Bd. v. Laborers Vacation Trust*, 463 U.S. 1, 13 (1983). Plaintiff's "right to relief. .. necessarily depend[ s] on the resolution of a substantial question of federal law ... in that federal law is a necessary element of one of the well pleaded ... claims." *Christianson v. Colt Indus. Operating Corp*., 486 U.S. 800, 808 (1988) (quoting *Franchise Tax Bd.*, *supra*, 463 U.S. at 27-28).

7. State law claims are also asserted throughout Plaintiff's Fifth Amended Complaint (the remaining causes of action except the fifth cause of action). When an action originally filed in state court is removed to federal court, the federal court has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action ... that they form part of the same case or controversy ...." See 28 U.S.C. § 1367. Such is the case with all the pendent state claims in this matter.

8. All Defendants that have been served have consented in this Notice of Removal. Upon information and belief, Defendant East West Bank have not been served with the Fifth Amended Complaint.

9. Further, other than those persons identified above and the persons identified in the caption as "DOES 1 – 50" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

10. This Notice of Removal is filed with this Court within 30 days of Pasadena Defendants being served with Plaintiff's Complaint on December 5, 2022. 28 U.S. Code § 1446(b)(2)(C).

11. This Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

12. Copies of all other process, pleadings and orders served upon the Removing Defendants in the action filed in Los Angeles Superior Court are attached hereto collectively as Exhibit "B."

DATED: December 27, 2022

MICHELE BEAL BAGNERIS
City Attorney
ARNOLD F. LEE
Assistant City Attorney

By: /s/ Arnold F. Lee
ARNOLD F. LEE[1]
Assistant City Attorney
Attorneys for Defendants,
Pasadena Police Department and
Matthew Morgan

DATED: December 27, 2022

BRADLEY, GMELICH & WELLERSTEIN LLP

By: /s/ Peter H. Crossin
PETER H. CROSSIN, ESQ.
Attorneys for Defendants,
JOHN NUTT and
GILBERT BECERRA

[1] I, Arnold F. Lee, attest that Peter H. Crossin concurs in the content of this Notice of Removal and has authorized its filing.

**DEMAND FOR JURY TRIAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the Defendants Pasadena Police Department, Matthew Morgan, John Nutt and Gilbert Becerra request a trial by jury under Federal Rules of Civil Procedure, Rule 38(b) and Local Rule 38-1.

DATED: December 27, 2022

MICHELE BEAL BAGNERIS
City Attorney
ARNOLD F. LEE
Assistant City Attorney

By: /s/ Arnold F. Lee
ARNOLD F. LEE[2]
Assistant City Attorney
Attorneys for Defendants,
Pasadena Police Department and
Matthew Morgan

DATED: December 27, 2022

BRADLEY, GMELICH & WELLERSTEIN LLP

By: /s/ Peter H. Crossin
PETER H. CROSSIN, ESQ.
Attorneys for Defendants,
JOHN NUTT and
GILBERT BECERRA

---

[2] I, Arnold F. Lee, attest that Peter H. Crossin concurs in the content of this Demand for Jury Trial and has authorized its filing.

**DECLARATION OF ARNOLD F. LEE**

I, ARNOLD F. LEE, declare as follows:

1. The facts set forth herein are based on my personal knowledge or, as specified, upon my information and belief, based on official acts and writings. If called upon as a witness, I could and would testify competently to the facts contained herein under oath.

2. I am an attorney at law, duly licensed to practice before this Court and all of the courts of the State of California, and an Assistant City Attorney for the City of Pasadena, attorneys of record for Defendants Pasadena Police Department and Matthew Morgan ("Pasadena Defendants") in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Sunnie Han vs. John Nutt, et al.*, Superior Court Case No. 19STCV31873, now pending in the Los Angeles Superior Court.

3. On February 8, 2021, Pasadena Defendants were served with the Complaint. On March 10, 2021, Pasadena Defendants removed the action to federal court based on federal question jurisdiction. On March 15, 2021, U.S. District Judge Percy Anderson issued an order remanding the action back to the Los Angeles County Superior Court for lack of subject matter jurisdiction. *See Han v. Nutt*, Case No. 2:21-CV-02158-PA-JEM, Dkt. No. 9.

4. On or about December 5, 2022, Pasadena Defendants were served with Plaintiff's Firth Amended Complaint.

5. The Fifth Amended Complaint alleges a federal claim under 42 U.S.C. section 1983 (Fifth Cause of Action). Attached hereto as Exhibit "A" is true and correct copy of the Fifth Amended Complaint. Plaintiff had not alleged a federal question claim in her First Amended Complaint through her Fourth Amended Complaint.

///

///

6. True and correct copies of all other process, pleadings and orders served upon the Pasadena Defendants in the action filed in Los Angeles Superior Court are attached hereto collectively as Exhibit "B".

7. I am informed and believe that on December 5, 2022, Defendants John Nutt and Gilbert Becerra were served with Plaintiff's Fifth Amended Complaint and they consent to this removal. Upon information and belief, Defendant East West Bank have not been served with the Fifth Amended Complaint.

8. Other than those persons identified above and the persons identified in the Fifth Amended Complaint's caption as "DOES 1 – 50" there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed.

9. The Notice of Removal is filed with this Court within 30 days after the Pasadena Defendants were served with the Fifth Amended Complaint.

10. A copy of this Notice of Removal will be filed with the Clerk of the Los Angeles Superior Court, Central District, and a copy of this Notice is being served on Plaintiff's counsel.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on December 27, 2022 at Pasadena, California.

/s/ Arnold F. Lee
ARNOLD F. LEE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I do hereby declare and state that I am employed in the County of Los Angeles, I am over the age of eighteen years and not a party to the within entitled action. My business address is 100 North Garfield Avenue, Suite N210, Pasadena, California 91101.

On December 27, 2022, I served the foregoing document described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(a) and 1446(a); DECLARATION OF ARNOLD F. LEE; SUPPORTING EXHIBITS; DEMAND FOR JURY TRIAL**

on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Henry T. Heuer, Esq.
Prince & Heuer, APLC
1322 Euclid St, Suite 1
Santa Monica, CA 90404-1726
Phone Number: (310) 477-7442
Email: henry@princeheuer.com
miwa@princeheuer.com

Attorney for Plaintiff SUNNIE H. HAN

Peter H. Crossin, Esq.
Bradley & Gmelich LLP
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203
Phone Number: (818) 243-5200
Email: pcrossin@bglawyers.com
bgonzales@bglawyers.com

Attorney for Defendant JOHN NUTT

**[ X ] BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ]** (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**[ X ]** (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED December 27, 2022, at Pasadena, California.

/s/ Leonela Murillo
Leonela Murillo

#0000165264C031v1